# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**DANIEL MACE,**

    Plaintiff,

vs.   **CASE NUMBER: 1:25-cv-976-CBF**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

**Decision by Court.**   This action came to trial or hearing before the Court.

IT IS ORDERED AND ADJUDGED that this matter is REMANDED to the Commissioner for further administrative action pursuant to sentence four of 42 U.S.C. §405(g) pursuant to the Order of the Honorable Carla B. Freedman dated February 24, 2026.

DATED: February 24, 2026

*John Domurad*
Clerk of Court

s/
Lori Welch
Deputy Clerk